United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

Case No. 19-md-02913-WHO

**ORDER DISMISSING SETTLED CASES**

Dkt. No. 4312-3, Ex. C

Counsel for the Altria defendants have identified 23 personal injury cases that have participated in the settlements with JLI and Altria, but have not filed notices of dismissal as to the Altria defendants. Dkt. No. 4312-3 (Ex. C). According to Altria and the Settlement Administrator, the plaintiffs in these cases have settled their cases, have delivered releases to Altria, and have received settlement payments. *Id*.

Therefore, the 23 cases identified in Dkt. No. 4312-3 (Ex. C) and listed below are DISMISSED. The Clerk shall close these cases:

3:22-cv-06141

3:22-cv-07957

3:22-cv-08065

3:22-cv-09086

3:21-cv-07001

3:22-cv-08488

3:22-cv-08510

3:22-cv-05554

3:21-cv-05181

3:20-cv-02543

1      3:20-cv-02557

2      3:20-cv-02545

3      3:20-cv-02547

4      3:22-cv-08335

5      3:22-cv-08249

6      3:21-cv-07172

7      3:22-cv-02397

8      3:22-cv-08353

9      3:22-cv-00772

10     3:22-cv-01715

11     3:22-cv-04868

12     3:21-cv-02502

13     3:21-cv-03179

14     **IT IS SO ORDERED.**

15     Dated: September 20, 2024

16

17     _____

18     William H. Orrick
       United States District Judge

19

20

21

22

23

24

25

26

27

28